WISCONSIN CHAIR COMPANY and another, Respondents, vs.
INDUSTRIAL COMMISSION OF WISCONSIN and another,
Appellants.

*February 25—April 11, 1916.*

*Appeal: Affirmance on equal division.*

A judgment of the circuit court reversing an award made by the
industrial commission is affirmed, this court being equally di-
vided on the question whether there was sufficient evidence be-
fore the commission to give it jurisdiction.

APPEAL from a judgment of the circuit court for Dane
county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

Proceedings under the Workmen's Compensation Act by
*Martin Borsenik* against the *Wisconsin Chair Company.*
An award made by the *Industrial Commission* was reversed
on appeal to the circuit court, and from the judgment of the
circuit court the *Industrial Commission* and *Borsenik* bring
this appeal.

For the appellant *Industrial Commission of Wisconsin*
there was a brief by the *Attorney General* and *J. E. Messer-
schmidt,* assistant attorney general, and oral argument by
*Mr. Messerschmidt.*

For the respondents there was a brief by *Olin, Butler,
Stebbins & Stroud,* attorneys, and *Adams, Crews, Bobb &
Wescott,* of counsel, and oral argument by *Byron H. Steb-
bins.*

ROSENBERRY, J.    The question presented by the appeal is
whether or not there was sufficient evidence before the *Com-
mission* to give it jurisdiction to act in the premises.    Chief
Justice WINSLOW and Justices MARSHALL and VINJE are of
the opinion that there was no such evidence and that therefore
the judgment of the circuit court should be affirmed, while
Justices SIEBECKER, KERWIN, and the writer are of the opin-

ion that there was such evidence and that therefore the judgment of the circuit court should be reversed and the award of the *Commission* affirmed. This court being equally divided, the judgment of the circuit court is thereby affirmed.

*By the Court.*—Judgment affirmed.